FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 12 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | SA12-492M |
| ALEJANDRA AMPARO MARTINEZ-VAQUERA | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defense counsel_, IT IS ORDERED that a detention hearing is set for _Thursday, October 18_, _2012_, at _2:00_ ☐a.m. / ☒p.m. before the Honorable _ROBERT N. BLOCK_, in Courtroom _6B_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _10/12/12_

_/s/ Jean Rosenbluth_
U.S. ~~District Judge~~/Magistrate Judge
**JEAN P. ROSENBLUTH**